FILED

APR - 6 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23 CR 201 |
| ) | Title 18, United States Code, |
| DESHANE IRONS, ) | Sections 922(a)(1)(A), |
| DARSEAN SCOTT, ) | 924(a)(1)(D), 922(g)(1), and |
| ) | 924(a)(8) |
| Defendants. | |

**JUDGE NUGENT**

COUNT 1
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

The Grand Jury charges:

1. From on or about January 25, 2023 through on or about March 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant DESHANE IRONS, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being: a Taurus, Model G2C, 9mm caliber pistol, serial number 1C118611; a Smith and Wesson, Model SD40VE, .40 caliber pistol, serial number FCE3195; a Glock, Model 26GEN5, 9mm caliber pistol, serial number AFVB730; an Izhmash, Model Saiga, 7.62 caliber rifle, serial number L08106097; a Glock, Model 23GEN5, .40 caliber pistol, serial number AGMC136; a Smith & Wesson, Model SD9VE, 9mm caliber pistol, serial number FZX1077; a Taurus, Model G3C, 9mm caliber pistol, serial number ACM654116; a Taurus, Model G2C, 9mm caliber pistol, serial number ACD823289; and a Ruger, Model Security-9, 9mm caliber pistol, serial number 38185567, all having been shipped

and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT 2
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

The Grand Jury further charges:

2. From on or about February 8, 2023 to on or about February 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being: an HS Produkt, Model XD9 Sub Compact, 9mm pistol, serial number BB142631; an American Tactical Imports, Model ATI-15, multi-caliber rifle, serial number NS225312; an HS Produkt, Model XD45, .45 caliber pistol, serial number S3306381; an FNH USA, Model 503, 9mm caliber pistol, serial number CV005582; a Smith & Wesson, Model SD9, 9mm caliber pistol, serial number FCN2541; a Kahr Arms, Model P9, 9mm caliber pistol, serial number EA1883; a Glock, Model 19CGEN3, 9mm caliber pistol, serial number BXDG898, and a Glock, Model 48, 9mm caliber pistol, serial number AFPX333, all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT 3
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about February 8, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about September 21, 2016, in Case Number CR-15-601382, in the Cuyahoga County Court of Common Pleas; and

Robbery and Attempted Felonious Assault, on or about February 29, 2012, in CR-11-556971, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: an HS Produkt, Model XD9 Sub Compact, 9mm caliber pistol, serial number BB142631, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 4
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4.     On or about February 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about September 21, 2016, in Case Number CR-15-601382, in the Cuyahoga County Court of Common Pleas; and Robbery and Attempted Felonious Assault, on or about February 29, 2012, in CR-11-556971, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: an American Tactical Imports, Model ATI-15, multi-caliber rifle, serial number NS225312; an HS Produkt, Model XD45, .45 caliber pistol, serial number S3306381; an FNH USA, Model 503, 9mm caliber pistol, serial number CV005582; and a Smith & Wesson, Model SD9, 9mm caliber pistol, serial number FCN2541, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 5
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about February 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about September 21, 2016, in Case Number CR-15-601382, in the Cuyahoga County Court of Common Pleas; and Robbery and Attempted Felonious Assault, on or about February 29, 2012, in CR-11-556971, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: a Kahr, Model P9, 9mm caliber pistol, serial number EA1883, a Glock, Model 19CGEN3, 9mm caliber pistol, serial number BXDG898, and a Glock, Model 48, 9mm caliber pistol, serial number AFPX333, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 6
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

6. On or about March 16, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about September 21, 2016, in Case Number CR-15-601382, in the Cuyahoga County Court of Common Pleas; and Robbery and Attempted Felonious Assault, on or about February 29, 2012, in CR-11-556971, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 22, .40 caliber pistol, serial number AFZG709, said

4

firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

7. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 6 are incorporated herein by reference. As a result of the foregoing offenses, Defendants DESHANE IRONS and DARSEAN SCOTT shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.